AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| ECLIPSE IP LLC *Plaintiff* v. ZULILY, INC. *Defendant* | ) ) ) )  Civil Action No. **CV 12 4438** ) ) ) **MEJ** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
ZULILY, INC., 2200 FIRST AVENUE SOUTH
SEATTLE, WASHINGTON 98134

Agent for service of process: CORPORATION SERVICE COMPANY, 300 DESCHUTES WAY SW STE 304 TUMWATER, WA 98501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
D. Inder Comar
COMAR LAW
901 MISSION STREET, SUITE 105
SAN FRANCISCO, CA 94103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 8/23/2012

**Simone Voltz**
*Signature of Clerk or Deputy Clerk*