COMAR LAW
   D. Inder Comar (SBN 243732)
     *inder@comarlaw.com*
901 Mission Street, Suite 105
San Francisco, CA 94103
Telephone: +1.415.640.5856
Facsimile: +1.415.513.0445

*Attorney for Plaintiff*
ECLIPSE IP LLC

FILED
AUG 2 3 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECLIPSE IP LLC, | CASE NO. CV 12 4438 MEJ |
| Plaintiff, | **CERTIFICATE OF INTERESTED PARTIES** |
| vs. | **JURY TRIAL DEMANDED** |
| ZULILY, INC., | |
| Defendant. | |

**PLAINTIFF'S RULE 3.16 CERTIFICATION OF INTERESTED ENTITIES**

**OR PERSONS**

     Pursuant to Civil L.R. 3-16, the undersigned certifies the following interests to report:

(1)    Mr. Peter Schoenthaler owns 100 percent of the shares of Eclipse IP LLC.

(2)    Mr. Peter Sirianni is the manager of Eclipse IP LLC.

     Respectfully submitted,

Dated: August 23, 2012     COMAR LAW

     By
       D. Inder Comar
       Attorney for Plaintiff

1